IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| ENRIQUE MENDOZA-FIGUEROA, | : | |
| | : | CIV. NO. 23-529 (RMB) |
| Petitioner | : | |
| v. | : | **MEMORANDUM OPINION** |
| | : | |
| STEVIE M. KNIGHT, | : | |
| | : | |
| Respondent | : | |

**IT APPEARING THAT:**

1. On or about January 30, 2023, Petitioner Enrique Mendoza-Figueroa, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, alleging the Bureau of Prisons ("BOP") unlawfully refused to apply his earned Time Credits under the First Step Act ("FSA") because he was subject to an immigration detainer. (Pet., Docket No. 1.)

2. On April 10, 2023, Respondent submitted a letter to the Court, requesting dismissal of the petition as moot because the BOP implemented changes to BOP Program Statement 5410.01, removing the provision that inmates with immigration detainers were ineligible for application of FSA Time Credits. (Letter, Dkt. No. 6.) Therefore, BOP applied 365 days of earned time credits toward Petitioner's projected release date, which is now September 11, 2030. (Declaration of Alisha Gallagher ("Gallagher Decl.") ¶ 5 and Exs. 1, 3, Dkt. No. 6-1.)

3. Petitioner has received all relief requested in his habeas petition. (Pet., Dkt. No. 1 at 7, ¶ 15.)

4. "If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant

the requested relief, the case must be dismissed as moot." *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir. 1996).

     5.     The petition is moot, and the Court will dismiss this matter.

An accompanying Order follows.

DATE: <u>January 24, 2024</u>

                                        <u>s/Renée Marie Bumb</u>
                                        RENÉE MARIE BUMB
                                        Chief United States District Judge